1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          EASTERN DISTRICT OF CALIFORNIA

7

8    RONALD J. LAWSON,                          1:14-cv-00576-GSA (PC)

9                    Plaintiff,

10        v.                                     ORDER TO SUBMIT APPLICATION
                                                 TO PROCEED IN FORMA PAUPERIS
11   DEPARTMENT OF JUSTICE, et al.,              OR PAY FILING FEE WITHIN 45 DAYS

12                   Defendants.

13

14        Plaintiff is a federal prisoner proceeding pro se in a civil rights action pursuant to <u>Bivens</u>

15   <u>vs. Six Unknown Agents</u>, 403 U.S. 388 (1971).  Plaintiff has not paid the $400.00 filing fee, or

16   submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

17        Accordingly, IT IS HEREBY ORDERED that:

18        1.  The Clerk's Office shall send to plaintiff the form for application to proceed in forma

19   pauperis.

20        2.  Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

21   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

22   the $400.00 filing fee for this action.  **Failure to comply with this order will result in dismissal**

23   **of this action.**

24   IT IS SO ORDERED.

25

26      Dated:   **April 24, 2014**           **_____/s/ Gary S. Austin_____**
                                              UNITED STATES MAGISTRATE JUDGE

27

28