UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE JEROME LAWSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>USP ATWATER, et al.,<br><br>    Defendants. | 1:14-cv-00576-EPG-PC<br><br>ORDER VACATING ORDER DIRECTING SERVICE BY U. S. MARSHAL, ISSUED ON MAY 25, 2016<br>(ECF No. 28.)<br><br>ORDER VACATING ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS FROM THIS ACTION, ISSUED ON MAY 10, 2016<br>(ECF No. 24.)<br><br>ORDER DIRECTING CLERK TO:<br><br>   (1)  FILE SECOND AMENDED COMPLAINT LODGED ON MAY 13, 2016 (ECF No. 25); AND<br><br>   (2)  SERVE A COPY OF THIS ORDER ON THE U.S. MARSHAL |

     On May 25, 2016, the Court issued an order in this case directing the U.S. Marshal to serve the First Amended Complaint upon defendants Alvarado and Lepe. (ECF No. 1.) This order shall now be vacated.

     The Court shall also vacate its order issued on May 10, 2016, dismissing certain claims and defendants from this action. (ECF No. 24.) Further, the Clerk shall be directed to file the Second Amended Complaint lodged by Plaintiff on May 13, 2016. (ECF No. 25.)

## I. BACKGROUND

Ronnie Jerome Lawson ("Plaintiff") is a federal prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to Bivens vs. Six Unknown Agents, 403 U.S. 388 (1971).

## II. ORDER DIRECTING MARSHAL TO SERVE FIRST AMENDED COMPLAINT

On November 2, 2015, the Court issued an order requiring Plaintiff to either file a Second Amended Complaint or notify the Court that he is willing to proceed only on the claims found cognizable by the Court in the First Amended Complaint, within thirty days. (ECF No. 16.) On May 6, 2016, Plaintiff filed a notice informing the Court that he was willing to proceed with the First Amended Complaint on only the claims found cognizable by the Court. (ECF No. 23.) On May 10, 2016, the Court issued an order sending service documents to Plaintiff for completion and return to the Court. (ECF No. 24.) On May 20, 2016, Plaintiff returned the completed service documents to the Court. (ECF No. 27.) On May 25, 2016, the Court issued an order directing the U.S. Marshal to serve the First Amended Complaint upon defendants Alvarado and Lupe. (ECF No. 28.)

However, on May 13, 2016, Plaintiff notified the Court that he changed his mind and no longer wishes to proceed with the First Amended Complaint. (ECF No. 25.) Plaintiff lodged a Second Amended Complaint for the Court's review. (Id.) Based on Plaintiff's notice of May 13, 2016, the Court now vacates the May 25, 2016 order directing the U.S. Marshal to serve the First Amended Complaint.

## III. ORDER DISMISSING CERTAIN CLAIMS AND DEFENDANTS

On May 10, 2016, based on Plaintiff's notice of May 6, 2016, that he was willing to proceed only on the claims found cognizable by the Court in the First Amended Complaint, the Court issued an order dismissing certain claims and defendants from this action. (ECF No. 24.) Given that Plaintiff has now changed his mind about proceeding with the First Amended Complaint, and instead wishes to proceed with the Second Amended Complaint, the Court shall vacate its order of May 10, 2016.

///

### IV.     LODGED SECOND AMENDED COMPLAINT

On May 13, 2016, Plaintiff lodged a Second Amended Complaint for the Court's review.  (ECF No. 25.)  The Clerk of Court shall be directed to file the Second Amended Complaint.  The Court shall screen the Second Amended Complaint in due course.

### V.     CONCLUSION

Based on the foregoing, it is HEREBY ORDERED that:

1. The Court's order directing the U.S. Marshal to serve the First Amended Complaint upon defendants Alvarado and Lepe, issued on May 25, 2016, is VACATED;

2. The Court's order dismissing certain claims and defendants from this action, issued on May 10, 2016, is VACATED;

3. The Clerk of Court is DIRECTED to:

    (1) File the Second Amended Complaint which was lodged by Plaintiff on May 13, 2016, and

    (2) Serve a copy of this order on the U.S. Marshal; and

4. The Court shall screen the Second Amended Complaint in due course.

IT IS SO ORDERED.

Dated:  **May 27, 2016**             /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE